State of Indiana
County of Johnson

PROOF OF SERVICE

Case # 1:07-CV-01882

INT'L PAINTERS & ALLIED TRADES PENSION FUND et al, plaintiff(s)

INDIANA DRYWALL I-D-A- SPECIALTIES
JUDITH ANN KELLY et al, defendants(s)

Service of Process on: JUDITH ANN KELLY

Name of Server: J.P. Renner, Indiana PD # 58900588 undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and was not a party to this action:

Date of Service: that on the 09TH day of NOVEMBER, 2007 @ 14:40 P

Place of Service: at 7025 N. STATE ROAD 135 N in the city of MORGANTOWN, state of INDIANA, the undersigned served the annexed papers: SUMMONS IN A CIVIL CASE

Person Served: A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

Method of Service: XX By personally delivering them into hands of person to be served.

____ Substitute by leaving copy at his/her usual place of abode with some person of suitable age and discretion then residing to wit: _____

Other: _____

Signature of Server / Undersigned declared under penalty of perjury that the foregoing is true and correct

J.P. RENNER
CIVIL PROCESS SERVER
JOHNSON COUNTY - INDIANA
LIC # PD58900588

Subscribed and sworn to before me this 9th day of November 2007.

JANET J. RENNER
NOTARY PUBLIC
RESIDENT OF JOHNSON COUNTY
COMMISSION EXPIRES: 10/1/08
INDIANA