State of Indiana
County of Johnson

**PROOF OF SERVICE**

Case # 1:07-CV-01882

INT'L PAINTERS & ALLIED TRADES PENSION FUND et al, plaintiff(s)
vs
INDIANA DRYWALL, I.D.A. Specialties, Judith Ann Kelly et al, defendants(s)

Service of Process on: INDIANA DRYWALL + ACOUSTICS, INC.

**Name of Server:** J.P. Renner, Indiana PD # 58900588 undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and was not a party to this action:

**Date of Service:** that on the 09th day of November, 2007 @ 14:40 P

**Place of Service:** at 7025 N. State Road 135 N in the city of Morgantown, state of INDIANA, the undersigned served the annexed papers: SUMMONS IN A CIVIL CASE

**Person Served:** A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

**Method of Service:** ___ By personally delivering them into hands of person to be served.

___ Substitute by leaving copy at his/her usual place of abode with some person of suitable age and discretion then residing to wit:

XXX Other: Corp. Svc To Judith Ann Kelly

Signature of Server / Undersigned declared under penalty of perjury that the foregoing is true and correct

Subscribed and sworn to before me this 9th day of November, 2007.

JANET J. RENNER
NOTARY PUBLIC
RESIDENT OF JOHNSON COUNTY
COMMISSION EXPIRES: 10/1/08
INDIANA

J.P. RENNER
CIVIL PROCESS SERVER
JOHNSON COUNTY - INDIANA
LIC # PD53900588