State of Indiana
County of Johnson

PROOF OF SERVICE

INT'L PAINTERS +
ALLIED TRADES PNSN FUND et al, plaintiff(s)   Case # 1:07-CV-01882
vs.
INDIANA DRYWALL
I.D.A. SPECIALTIES
JUDITH ANN KELLY    et al, defendants(s)
Service of Process on: I.D.A. SPECIALTIES INC

Name of Server: J.P. Renner, Indiana PD # 58900588 undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and was not a party to this action:

Date of Service: that on the 09TH day of NOVEMBER, 2007 @ 14:40 p

Place of Service: at 7025 N. STATE ROAD 135 N in the city of MORGANTOWN, state of INDIANA, the undersigned served the annexed papers: SUMMONS IN A CIVIL CASE

Person Served: A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

Method of Service: ____ By personally delivering them into hands of person to be served.

____ Substitute by leaving copy at his/her usual place of abode with some person of suitable age and discretion then residing to wit:

X Other: CORP SERVICE @ JUDITH ANN KELLY

Signature of Server: Undersigned declared under penalty of perjury that the foregoing is true and correct

J.P. RENNER
CIVIL PROCESS SERVER
JOHNSON COUNTY - INDIANA
LIC # PDS8900588

Subscribed and sworn to before me this 9th day of November, 2007.

JANET J. RENNER
NOTARY PUBLIC
RESIDENT OF JOHNSON COUNTY
COMMISSION EXPIRES: 10/1/08
INDIANA